**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC <br><br> **MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Michael Plaksy

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Colorado

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Colorado

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Colorado

7. District Court and Division in which venue would be proper absent direct filing:
   District of Colorado

8. Defendants (Check Defendants against whom Complaint is made):
   ☑ C.R. Bard Inc.
   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   ☑ Diversity of Citizenship
   ☐ Other: _____
   
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    ☐ Recovery ® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☐ G2® Express Vena Cava Filter
    ☐ G2® X Vena Cava Filter

|   |   |   |
|---|---|---|
| ☐ | Eclipse® Vena Cava Filter | |
| ☐ | Meridian® Vena Cava Filter | |
| ✔ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:
   June 30, 2015
   _____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ✔ Count I: Strict Products Liability -Manufacturing Defect

   ✔ Count II: Strict Products Liability -Information Defect (Failure to Warn)

   ✔ Count III: Strict Products Liability -Design Defect

   ✔ Count IV: Negligence -Design

   ✔ Count V: Negligence -Manufacture

   ✔ Count VI: Negligence -Failure to Recall/Retrofit

   ✔ Count VII: Negligence -Failure to Warn

   ✔ Count VIII: Negligent Misrepresentation

   ✔ Count IX: Negligence *Per Se*

   ✔ Count X: Breach of Express Warranty

   ✔ Count XI: Breach of Implied Warranty

   ✔ Count XII: Fraudulent Misrepresentation

   ✔ Count XIII: Fraudulent Concealment

   ✔ Count XIV: Violations of Applicable  Colorado  (insert state)
   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade
   Practices

| | |
|---|---|
| ☐ | Count XV:   Loss of Consortium |
| ☐ | Count XVI:  Wrongful Death |
| ☐ | Count XVII: Survival |
| ✔ | Punitive Damages |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this      day of            ,    .

By: */s/ J. Christopher Elliott*
J. Christopher Elliott, CO Bar #41063
Bachus & Schanker, LLC.
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
(303) 300-9800 (telephone)
(303) 300-9900 (facsimile)
celliott@coloradolaw.net

*Attorneys for Plaintiff*

I hereby certify that on this 28 day of October, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ J. Christopher Elliott*